

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00208-CV

| | | |
|---|---|---|
| IN THE INTEREST OF E.D. AND E.D., CHILDREN | § | On Appeal from the 324th District Court |
| | § | of Tarrant County (324-633191-18) |
| | § | January 6, 2022 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
   Justice Dana Womack